writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John Davis* for petitioner. *Messrs R. E. L. Saner, M. M. Crane,* and *Cullen F. Thomas* for respondents.

---

No. 835. ALEXANDER B. STEWART *v.* DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION, ET AL. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. C. W. Pendleton* and *Marion DeVries* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for respondents.

---

No. 837. HONTO H. TOOLEY, INDIVIDUALLY AND AS EXECUTRIX OF ESTATE OF WILLIAM L. TOOLEY, DECEASED, *v.* AETNA LIFE INSURANCE COMPANY. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank G. Morris* for petitioner. *Mr. Harry P. Lawther* for respondent.

---

No. 808. WILLIAM STEWART, ENROLLED AS A SEMINOLE INDIAN UNDER THE NAME OF WILLIAM, NED LUSTY, ACTING FOR HIMSELF AND AS GUARDIAN, ETC., ET AL. *v.* C. B. BILLINGTON, SKELLY OIL COMPANY, C. M. CADE, ET AL. March 7, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Messrs. John G. Campbell, William W. Pryor,* and *William N. Stokes* for petitioners. *Messrs. W. P. Z. German* and *Alvin F. Molony* for respondents.

---

No. 838. CHARLES HOXIE *v.* UNITED STATES. March 7, 1927. Petition for a writ of certiorari to the Circuit Court